Appeals for the Seventh Circuit denied. *Mr. Henry W. Leman* for petitioners. *Mr. Frank H. Scott* and *Mr. Edgar A. Bancroft* for respondents.

---

No. 463. SAMUEL PECK ET AL., PETITIONERS, *v.* JAMES HAMILTON LEWIS. November 4, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Levi Davis* for petitioners. *Mr. Holmes Conrad* for respondent.

---

No. 484. ERIE RAILROAD COMPANY, PETITIONER, *v.* MARY E. KANE, ADMINISTRATRIX, ETC. November 11, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Wm. E. Cushing* for petitioner. *Mr. George F. Arrel* for respondent.

---

No. 191. ESTILL COUNTY, KENTUCKY, PETITIONER, *v.* TALTON EMBRY. November 18, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles W. Friend* for petitioner. *Mr. Harry L. Gordon* for respondent.

---

No. 443. ARNOLD LOUCHHEIM & CO. ET AL., PETITIONERS, *v.* JAMES WATSON BOYD. November 18, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. C. Prendergast* for petitioners. No appearance for respondent.